UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS GARCIA,

    Plaintiff,

  v.

NASER, et al.,

    Defendants.

Case No. 20-cv-09132-JD

**ORDER OF TRANSFER**

Re: Dkt. No. 4

This is a civil rights case brought pro se by a state prisoner. Plaintiff presents allegations regarding prison conditions at Mule Creek State Prison. Plaintiff is currently incarcerated at High Desert State Prison. Both of these prisons are located within the venue of the United States District Court for the Eastern District of California. Plaintiff names as defendants' employees at Mule Creek State Prison. Because plaintiff is incarcerated in the Eastern District and the defendants and incident occurred in the Eastern District, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's motion for release (Docket No. 4) which is **VACATED**.

**IT IS SO ORDERED.**

Dated: February 22, 2021

JAMES DONATO
United States District Judge